Leo STOLLER, Appellant,

v.

SOCIETY FOR PREVENTION OF
TRADEMARK ABUSE,
Appellee,

and

Go Daddy Software, Inc., Appellee.

No. 2009–1187.

United States Court of Appeals,
Federal Circuit.

May 12, 2009.

Brian W. Lacorte, Gallagher & Kennedy, P.A., Phoenix, AZ, for Go Daddy Software, Inc.

Leo Stoller, Oak Park, IL, pro se.

Lance G. Johnson, Roylance, Abrams, Berdo, Washington, DC, for Society for Prevention of Trademark Abuse.

*ORDER*

Pursuant to the court's order of April 20, 2009, the appellant having failed to pay the docketing fee within the time specified in the order,

IT IS ORDERED THAT:

The appeal is dismissed.

Leo STOLLER, Appellant,

v.

The SOCIETY FOR the PREVENTION OF TRADEMARK ABUSE LLC, (substituted for Central Mfg. Co.), Appellee,

and

Stealth Laboratories, LLC, Appellee.

No. 2009–1189.
Opposition No. 91/117,366.

United States Court of Appeals,
Federal Circuit.

May 12, 2009.

Leo Stoller, Oak Park, IL, pro se.

Lance G. Johnson, Roylance, Abrams, Berdo, Washington, DC, Scott J. Major, Millen, White, Zelano & Branigan, Arlington, VA, for Appellees.

*ORDER*

Pursuant to the court's order of April 20, 2009, the appellant having failed to pay the docketing fee within the time specified in the order,

IT IS ORDERED THAT:

The appeal is dismissed.